USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BILLY REID, INC.,

                Defendant.

1:19-cv-10030-MKV-SDA

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by the Parties [ECF #21] that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 29, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: April 29, 2020
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**